SAO
GREGORY L. WILDE, ESQ.
Nevada Bar No. 4417
**TIFFANY & BOSCO, P.A.**
212 SOUTH JONES BOULEVARD
LAS VEGAS, NEVADA 89107
TELEPHONE: (702) 258-8200
FACSIMILE:  (702) 258-8787
Attorneys for Plaintiff
TB# 15-71882

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GREEN TREE SERVICING, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>CHALET VEGAS HOMEOWNERS ASSOCIATION; DOES 1 through 10 and ROE BUSINESS ENTITIES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-01237 |

**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE AN OPPOSITION**

**TO MOTION TO DISMISS FIRST AMENDED COMPLAINT**

COME NOW, the Plaintiff, GREEN TREE SERVICING, LLC, (herein after "Lnder""), and Defendant, CHALET VEGAS HOMEOWNERS ASSOCIATION (herein after "HOA"), pursuant to FDCR 2.35, by and through their respective counsel, hereby agree and stipulate as follows:

///

///

///

- 1 -

1. THAT Lender shall have until December 10th, 2015 to file an Opposition to the Motion to Dismiss First Amended Complaint.

AGREED                                          AGREED

_____ Date 12/1/15             _____ Date 12-2-15

Eckley M. Keach, Esq.                           Gregory L. Wilde Esq.
ECKLEY M. KEACH, CHTD.                          TIFFANY & BOSCO, P.A.
521 South Third Street                          212 s. Jones Blvd.
Las Vegas, NV 89101                             Las Vegas, NV 89102
Attorney for Defendant                          Attorney for Plaintiff


**ORDER**

**IT IS SO ORDERED**

Dated:  December 4, 2015.

_____
UNITED STATES DISTRICT JUDGE


Respectfully submitted,

_____
Gregory L. Wilde, Esq.
Nevada Bar No. 4417
Tiffany & Bosco, P.A.
212 South Jones Boulevard
Las Vegas, Nevada 89107
Attorney for Plaintiff

- 2 -